## WILLIAM H. McDOWELL
### v.
## WILLIAM LUCAS ET AL.

APPEAL—QUESTION OF FREEHOLD.—The question of freehold being involved, this court has no jurisdiction of the case.

ERROR to the Circuit Court of Wabash county; the Hon. T. B. TANNER, Judge, presiding. Opinion filed August 13, 1880.

Mr. S. Z. LANDS, for plaintiff in error.

Messrs. BELL & GREEN, for defendant in error.

PER CURIAM. This writ of error was sued out June 16, 1880.

The litigation involves a freehold. We have no jurisdiction of the subject-matter. Sess. Laws 1879, Sec. 2, page 222; Gage v. Basse, 94 Ill. 590.

We must dismiss the writ of error, People v. Hotz, 92 Ill. 426; Wright v. People, 92 Ill. 596.

The record may be withdrawn.

Writ of error dismissed